UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ZAAKIRAH MEDAN,
               Plaintiff,

v.

MEGABUS NORTHEAST, LLC; COACH
LEASING, INC.; US XPRESS LEASING,
INC.; LYNDSEY THOMPKINS; ANAS
ANITYA,
               Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 4007 (VB)

    Plaintiff commenced this negligence action by filing a complaint on May 22, 2020. (Doc. #1). On May 27, 2020, this Court issued an Order instructing plaintiff to show cause in writing why this case should not be transferred to the District of New Jersey, which appears to be the only judicial district in which venue would be proper under 28 U.S.C. § 1391(b). (Doc. #7).

    By letter dated June 1, 2020, plaintiff's counsel informed the Court that "[u]pon review of the case law cited by the Court, it is now clear that this matter should, in fact, be transferred to the District of New Jersey." (Doc. #9).

    Accordingly, it is HEREBY ORDERED:

    Pursuant to 28 U.S.C. § 1406(a), the Clerk of Court is instructed to transfer this case to the District of New Jersey and close the instant proceeding.

Dated: June 2, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge